IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SERGIO A. VALLES, JR.,**

**Defendant.**                                              **No. 07-30136-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's Motion to Continue Change of Plea Date (Doc. 220). The Government requests a continuance because counsel was unexpectedly assigned to another case and has not had the opportunity to prepare the necessary plea documents in the above captioned case. Defense counsel has no objection to the continuance. Based on the reasons set forth in the motion, the Court **GRANTS** the Government's motion to continue (Doc. 220) and **CONTINUES** the Change of Plea Hearing set for April 3, 2009 until **Wednesday, April 8, 2009 at 10:00 a.m.**

**IT IS SO ORDERED.**

Signed this 2nd day of April, 2009.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**