# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO A. VALLES, JR.,

Defendant.                                           No. 07-30136-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Valles' motion to continue sentencing (Doc. 319). Defendant Valles asks to continue the sentencing hearing so that his attorney may have time to prepare a sentencing memorandum to address sentencing issues. The Government does not object to the continuance. Based on the reasons in the motion, the Court **GRANTS** Defendant Valles' motion to continue sentencing (Doc. 319) and **CONTINUES** the sentencing date currently set for August 7, 2009 until **August 21, 2009 at 9:30 a.m.**

**IT IS SO ORDERED.**

Signed this 27th day of July, 2009.

/s/        David R Herndon

**Chief Judge**
**United States District Court**